SEALED BY ORDER OF THE COURT

MICHAEL J. MCCUE (SBN: 296425)
Email: MMcCue@LRRC.com
AARON D. JOHNSON (SBN: 261747)
Email: ADJohnson@LRRC.com
4300 Bohannon Drive, Suite 230
Menlo Park, California 94025
(650) 391-1380 (Tel.)
(650) 391-1395 (Fax)

*Attorneys for Plaintiff*
*NNG, Kft.*

FILED
ADR

APR 15 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CV 19 2029

SVK

| | |
|---|---|
| NNG, Kft., a Hungarian corporation,<br>Plaintiff,<br>vs.<br>Giles D. Shrimpton, an individual<br>Defendant. | **DECLARATION OF PÉTER SZOMBATHELYI IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER, FOR AN ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION, AND FOR A MOTION FOR PRELIMINARY INJUNCTION** |

I, Péter SZOMBATHELYI, being over 57 years of age and mentally competent, state that I can testify to the following matters based upon my personal knowledge, as follows:

1. I am the current interim Chief Executive Officer of Plaintiff NNG, Kft.

2. NNG is a world leader in development of navigation and infotainment software for automotive, wireless, and personal navigation systems. NNG software has been shipped in more than 20 million devices globally. NNG has licensed its software to more than 150 hardware manufacturers worldwide. NNG's software has been licensed

Lewis Roca ROTHGERBER CHRISTIE 4300 Bohannon Drive, Suite 230 Melno Park, California 94025

FAXED



to the top automotive manufacturers in the world, including Chrysler, Ferrari, Fiat, Ford, Honda, Kia, Mazda, McLaren, Nissan, Porsche, Subaru, Toyota, Volkswagen, and Volvo. NNG's flagship product is the award-winning "iGo Primo" navigation software. NNG operates a global business with offices in Asia, Israel, Europe and the United States. NNG employs more than 800 individuals.

3. NNG's core assets are its confidential and proprietary software, technology and know how, as well as its business relationships with OEMs, automobile makers, and others, which it has developed over its 15 year history.

4. NNG has developed a substantial amount of confidential and proprietary information including, without limitation software, technology, know how, pricing strategies, marketing strategies, customers lists and contacts, and the like (collectively, "Confidential Information").

5. NNG has used reasonable measures to protect its Confidential Information, including by restricting access to such information to employees on a need to know basis, using physical security to restrict access to its offices, using software to restrict access to NNG's computer systems and data to authorized individuals, and utilizing company-wide policies and employment agreements restricting disclosure and use of such Confidential Information.

6. NNG's Confidential Information has independent economic value because it is not generally known to and not readily ascertainable by others through proper means.

7. On or about June 16, 2016, NNG hired Defendant Giles Shrimpton to act as its Chief Executive Officer. In connection with the employment, Shrimpton agreed to, among other things, maintain all information and data related to NNG and the activities of NNG which he learned through his employment as trade secrets of NNG, including, but was not limited to, technology, products, business and financial information, which are within the scope of the Confidential Information as defined above.

Lewis Roca ROTHGERBER CHRISTIE
4300 Bohannon Drive, Suite 230
Melno Park, California 94025

Lewis Roca ROTHGERBER CHRISTIE
4300 Bohannon Drive, Suite 230
Melno Park, California 94025

Shrimpton further agreed that during and after his employment with NNG, he would not disclose these secrets to any unauthorized third parties. Attached here as Exhibit A is a true and correct copy of Shrimpton's Employment Contract. Due to its confidential nature, NNG requests that this document is maintained under seal.

8. On Friday, April 5, 2019, NNG asked Shrimpton to tender his resignation.

9. On Sunday, April 7, 2019, without NNG's knowledge or consent, Shrimpton spent approximately 3.5 hours forwarding emails and attachments from his email account at NNG to his personal email account hosted by Apple's iCloud service. During that time period, Shrimpton sent approximately 268 emails including approximately 200 attachments, including slide decks and Excel spreadsheets, to his iCloud email address. These emails and attachments contained a broad range of NNG's Confidential Information, including, for example: (a) NNG's business information regarding customers, vendors, business partners, including proposals, projects and strategies; (b) NNG's business model for its user experience ("UX") products; (c) NNG's long term business plans; (d) internal management presentations; (e) NNG's financial information, including sales, budgets, costs and forecasts; (f) licensing strategies and terms; (g) patent-related information; (h) employee information, including compensation; (i) privileged information, including that involving potential litigation; (j) product-related information concerning quality processes and customer claims; and (k) information relating to the planned M&A of the company itself, including company valuation, transaction proposals (third party business secrets).

10. On Monday and Tuesday, April 8 and 9, 2019, NNG and Shrimpton completed the legal paperwork for his departure. His last day at NNG was April 9, 2019.

11. On April 11, 2019, NNG learned of Shrimpton's Sunday afternoon mass emailing of NNG's Confidential Information, including documents, to Shrimpton's personal iCloud email address. NNG immediately contacted legal counsel in the United

States to seek emergency relief to prevent Shrimpton from assessing, disclosing or using the Confidential Information.

12. Disclosure or use of such Confidential Information is likely to cause NNG to suffer irreparable injury. The information can be used by Shrimpton himself or improperly disclosed to NNG's competitors enabling them to gain a competitive advantage regarding NNG's strategies, pricing, customer projects, and the like. It can easily be used by Mr. Shrimpton or NNG competitors to compete with NNG, to provide pricing and strategic assistance, to enable them to undercut NNG's pricing and try to jump ahead of NNG in the marketplace.

13. Attached hereto as Exhibit B is a true and correct copy of Shrimpton's agreement with NNG in which he affirmed that he would maintain NNG's trade secrets upon departure from his employment. Due to its confidential nature, NNG requests that this document is maintained under seal.

14. Attached as Exhibit C is a summary of the date, subject and number of attachments that Shrimpton sent to his iCloud account. Due to its confidential nature and inclusion of a personal address, NNG requests that this document is maintained under seal.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 12, 2019

Péter SZOMBATHELYI

Lewis Roca ROTHGERBER CHRISTIE 4300 Bohannon Drive, Suite 230 Melno Park, California 94025